JD
F. #2003R00656

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* SEPTEMBER 20, 2023 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ROBERT JEMMOTT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 23-CR-381
Judge Brian M. Cogan
Magistrate Judge Lois Bloom

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ROBERT JEMMOTT's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            September 20, 2023

                                    BREON PEACE
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                        By:    /s/ Jack Dennehy
                                    Jack Dennehy
                                    Assistant United States Attorney
                                    (718) 254-6133

Cc:    Clerk of the Court